Decision Per Curiam-

Massie E. White and L. W. Fennell as Sheriff of Alachua County, Florida, and *ex officio* Administrator of the estate of J. H. White and Massie E. White and H. Hengeveld, Appellants, vs. L. C. Gracy and A. W. McDonald, partners under the firm name of Gracy & McDonald, Appellees.

Appeal from Circuit Court, Alachua county; R. M. Call, Judge.

*Evans Haile,* for Appellants.

---

Memorandum Decisions.

---

*W. H. Palmer* and *Robt. E. Davis,* for Appellees.

The bill in this cause was filed by the appellees against the appellants. There was decree for the defendants and the complainants appeal. Dismissed on motion of counsel for appellees.

Decision Per Curiam.